UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA<br><br>Plaintiff,<br><br>V.<br><br>LUFTHANSA CARGO A.G.; EXEL GMBH, et al,<br>Defendants. | **CERTIFICATE OF MAILING**<br><br>*(stamp: U.S. DISTRICT COURT FILED AUG 2 4 2007 S.D. OF N.Y.)*<br><br>07 CV 5576 (PAC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**24th Day of August, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**8th Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 630 9A 365

J. Michael McMahon
CLERK

Dated: New York, NY

LAW OFFICES
# DAVID L. MAZAROLI
**11 PARK PLACE**
**NEW YORK, NY 10007**
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

August 20, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Indemnity Insurance Co. of North America, et al.
        v. Lufthansa Cargo A.G., et al.
        07 Civ. 5576 (PAC)
        Our File: 7G-1468

S I R ·



Complaint on the below named
Federal Rules of Civil Procedure, by

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com