Indemnity Ins. Co. of North America, et. al., Plaintiff(s)
vs.
Lufthansa Cargo AG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 084907-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Exel Logistics Inc., c/o DHL Global Forwarding
Court Case No. 07 Civ. 5576 (PAC)

DAVID L. MAZAROLI
Mr. David L. Mazaroli
11 Park Place, Suite 1214
New York, NY 10007-2801

State of: **North Carolina** ) ss.
County of: **Wake** )

**Name of Server:** **Jennifer McKenzie**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28** day of **August**, 20 **07**, at **10:34** o'clock **A** M

**Place of Service:** at **9230 Globe Center Drive, Suite 100**, in **Morrisville, NC 27560**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Exel Logistics Inc., c/o DHL Global Forwarding**
By delivering them into the hands of an officer or managing agent whose name and title is: **Ken Smith, Regional Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **black** ; Hair Color **black** ; Facial Hair _____
Approx. Age **45** ; Approx. Height **5'11"** ; Approx. Weight **170**

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jennifer McKenzie_
Signature of Server

Subscribed and sworn to before me this **29** day of **August**, 20 **07**
_Edwin McCracken_
Notary Public        (Commission Expires)

**APS International, Ltd.**

