UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: DAVID MAZAROLI - 128

---

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA

Plaintiff(s)

- against -

LUFTHANSA CARGO A.G.; EXCEL GMBH ET AL

Defendant(s)

Index #: 07 CV 5576

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7G-1468

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 24, 2007 at 03:19 PM at

NORTH BOUNDARY ROAD
CARGO AREA D BUILDING 261
JFK INTERNATIONAL AIRPORT
JAMAICA, NY11430

deponent served the within true copy of the SUMMONS & COMPLAINT on LUFTHANSA CARGO A.G., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. H. LEDWITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 46 | 5'7 | 170 |
| GLASSES | | | | | |

MAZAROLI
SEP 5 2007
LAW OFFICE

Sworn to me on: August 28, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

CECIL HOLLOWAY
License #: 1104105
Docket #: 499719