UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA; GLAXOSMITHKLINE,

                Plaintiff(s),

-against-

LUFTHANSA CARGO A.G.;
EXEL GMBH, EXEL LOGISTICS, INC.,
EXEL GLOBAL LOGISTICS INC.; DHL GLOBAL
FORWARDING; DANZAS AEI INTERCONTINENTAL;
DHL GLOBAL FORWARDING UK LTD; DHL
LOGISITCS (UK) LTD; DANZAS LTD; AIR EXPRESS
INTERNATIONAL, INC.; RADIX GROUP
INTERNATIONAL DBA DHL GLOBAL FORWARDING,

                Defendant(s).
------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE STATEMENT**

Docket No.: 07 CV 5576
(Crotty, J.)

      The defendant, Lufthansa Cargo AG, in compliance with Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses that Deutsche Lufthansa AG is the parent corporation of Lufthansa Cargo AG.

Dated: Mineola, New York
       September 12, 2007

Yours, etc.,

**GOLDBERG SEGALLA LLP**

_____
William J. Fitzpatrick (wf 8213)
*Attorneys for Defendants*
*Lufthansa Cargo AG*
200 Old Country Road, Suite 210
Mineola, New York 11501
(516) 281-9800
GS File No.: 9903.pending

TO:

Law Offices of David L. Mazaroli
Attorney for Plaintiff(s)
11 Park Place – Ste. 1214
New York, New York 10007
212-267-8480

12796.1