UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEMNITY INSURANCE CO. OF NORTH
AMERICA; GLAXOSMITHKLINE,

        Plaintiffs.

-vs-

LUFTHANSA CARGO A.G.;
EXEL GMBH; EXEL LOGISTICS, INC.;
EXEL GLOBAL LOGISTICS INC.;
DHL GLOBAL FORWARDING;
DANZAS AEI INTERCONTINENTAL;
DHL GLOBAL FORWARDING UK LTD.;
DHL LOGISTICS(UK) LTD.; DANZAS
LTD.; AIR EXPRESS INTERNATIONAL,
INC.; RADIX GROUP INTERNATIONAL
DBA DHL GLOBAL FORWARDING;

        Defendants.

07-CV-5576 (CROTTY)

**DEFENDANTS EXEL GMBH; EXEL LOGISTICS, INC.; EXEL GLOBAL LOGISTICS INC.; DHL GLOBAL FORWARDING; DANZAS AEI INTERCONTINENTAL; DHL GLOBAL FORWARDING UK LTD.; DHL LOGISTICS (UK) LTD.; DANZAS LTD.; AIR EXPRESS INTERNATIONAL, INC.; and RADIX GROUP INTERNATIONAL d/b/a <u>DHL GLOBAL FORWARDING'S RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants EXEL GMBH; EXEL LOGISTICS, INC.; EXEL GLOBAL LOGISTICS INC.; DHL GLOBAL FORWARDING UK LTD.; DHL LOGISTICS (UK) LTD.; DANZAS LTD.; AIR EXPRESS INTERNATIONAL, INC.; and RADIX GROUP INTERNATIONAL d/b/a DHL GLOBAL FORWARDING (private non-governmental entities) certifies that the following are parent corporation(s) or own ten percent or more of defendants' stock:

        DEUTSCHE POST, A.G.

As for DHL GLOBAL FORWARDING and DANZAS AEI INTERCONTINENTAL, the undersigned is advised that the same are mere trade names.

Dated:   September 17, 2007
         New York, New York

                                   DEORCHIS, WIENER & PARTNERS, LLP
                                   Attorneys for Defendants

                                        /s/ John K. Fulweiler
                                  By:_____
                                   John K. Fulweiler, Esq. (JF-8471)
                                   61 Broadway, 26th Floor
                                   New York, New York  10006-2802
                                   (212) 344-4700 - Tel.
                                   (212) 422-5299 - Fax
                                   jfulweiler@marinelex.com

To:   All appearing counsel