## DECLARATION OF SERVICE BY MAIL

MARILYN CARFORA, declares that:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Defendants, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On September 17, 2007 I served upon:

Charles E. Schmidt, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane – Suite 402
New York, NY 10038-4816

David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
11 Park Place – Suite 1214
New York, NY 10007

a true copy of the annexed:

DEFENDANTS' (EXEL GMBH, EXEL LOGISTICS INC., EXEL GLOBAL LOGISTICS, INC., DHL GLOBAL FORWARDING, DANZAS AEI INTERCONTINENTAL, DHL GLOBAL FORWARDING UK LTD., DHL LOGISTICS (UK) LTD., DANZAS LTD., AIR EXPRESS INTERNATIONAL INC., and RADIX GROUP INTERNATIONAL d/b/a DHL GLOBAL FORWARDING)
<u>ANSWER AND AFFIRMATIVE DEFENSES WITH CROSS-CLAIM AND RULE 7.1 CERTIFICATION</u>

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2007

_____
MARILYN CARFORA