## DECLARATION OF SERVICE BY MAIL

LINDA SALERNO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Staten Island, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Defendants, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On October 2, 2007, I served upon:

> David L. Mazaroli, Esq.
> LAW OFFICES OF DAVID L. MAZAROLI
> 11 Park Place – Suite 1214
> New York, NY 10007
>
> GOLDBERG SEGALLA LLP
> 200 Old Country Road, Suite 210
> Mineola, New York 11501
> Attention: William J. Fitzpatrick, Esq.

a true copy of the annexed:

### ANSWER TO CROSS-CLAIMS

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2007

_____
LINDA SALERNO