Indemnity Ins. Co. of North America, et. al., Plaintiff(s)
vs.
Lufthansa Cargo AG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 084907-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--DHL Global Forwarding,
Court Case No. 07 Civ. 5576 (PAC)

DAVID L. MAZAROLI
Mr. David L. Mazaroli
11 Park Place, Suite 1214
New York, NY 10007-2801

State of: __North Carolina__ ) ss.
County of: __Wake__ )

**Name of Server:** __Jennifer McKenzie__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22__ day of __October__, 20__07__, at __2:40__ o'clock __P__ M

**Place of Service:** at __9230 Globe Center Drive, Suite 100__, in __Morrisville, NC 27560__

**Documents Served:** the undersigned served the documents described as:
__Summons w/ Rider and Complaint__

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
DHL Global Forwarding,

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Tonja F. Elliott, Operations Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __brown__ ; Hair Color __brown__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __5'7"__ ; Approx. Weight __165__
☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __23__ day of __October__, 20__07__

Notary Public    (Commission Expires)

APS International, Ltd.