UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA;<br><br>Plaintiff,<br><br>-V-<br><br>LUFTHANSA CARGO A.G.; EXEL GMBH, et al.<br>Defendants. | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 5576 (PAC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 24TH  day of October , 2007

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 8TH  day of June, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 895 620 US**

*[signature]*
CLERK

Dated: New York, NY

LAW OFFICES<br>
**DAVID L. MAZAROLI**<br>
11 PARK PLACE<br>
NEW YORK, NY 10007<br>
E-mail: dlm@mazarolilaw.com<br>
Telephone (212)267-8480<br>
Telefax (212)732-7352

October 19, 2007

Clerk of the Court
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Indemnity Insurance Co. of North America, et al.
        v. Lufthansa Cargo A.G., et al.
        07 Civ. 5576 (PAC)
        Our File: 7G-1468

S I R:

  Please serve the enclosed Summons and Complaint on the below named defendant pursuant to the Federal Rules of Civil Procedure, by [registered mail].

Very truly yours,

David L. Mazaroli
dlm@mazarolilaw.com

[Receipt for Registered Mail - PS Form 3806, May 2004]
Reg. Fee: $10.15
Handling Charge: $0.00
Postage: $1.80
Return Receipt: $2.15
Restricted Delivery: $0.00
Date Stamp: 10/24/07

FROM: DAVID L. MAZAROLI
11 PARK PLACE
SUITE 1214
NEW YORK, NEW YORK 10007

TO: DANZAS LIMITED
DANZAS HOUSE, DAWLEY PARK
KESTREL WAY
HAYES, MIDDLESEX UB3 1HJ
ENGLAND