Indemnity Insurance, et al v. Lufthansa, et al
Docket No.:    07 CV 5576
GS File No.:    9903.0006

## CERTIFICATE OF SERVICE

**AMY ROSENBERG**, being duly sworn deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Huntington Station, New York. That on the 14th day of November, 2007, deponent served a copy of the within **ANSWER OF LUFTHANSA CARGO AG TO CROSS-CLAIMS** upon:

Law Offices of David L. Mazaroli
Attorney for Plaintiff(s)
11 Park Place – Ste. 1214
New York, New York 10007
212-267-8480

DeOrchis, Wiener & Partners, LLP
Attorneys for Defendants
61 Broadway, 26th Floor
New York, New York 10006-2802
212-344-4700

by electronic mail.

_____
AMY ROSENBERG

Sworn to before me this
14th day of November, 2007.

_____
NOTARY PUBLIC
12795.1

COLLEEN NYSTROM
Notary Public, State of New York
No. 30-5084799
Qualified in Nassau County
Commission Expires Sept. 8, 20 09