UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA; GLAXOSMITHKLINE,

                        Plaintiff(s),                        Docket No.: 07 CV 5576

                        -against-

                                                         **CONSENT TO**
LUFTHANSA CARGO A.G.;                           **CHANGE ATTORNEY**
EXEL GMBH, EXEL LOGISTICS, INC.,
EXEL GLOBAL LOGISTICS INC.; DHL GLOBAL
FORWARDING; DANZAS AEI INTERCONTINENTAL;
DHL GLOBAL FORWARDING UK LTD; DHL
LOGISTICS (UK) LTD; DANZAS LTD; AIR EXPRESS
INTERNATIONAL, INC.; RADIX GROUP
INTERNATIONAL DBA DHL GLOBAL FORWARDING,

                        Defendant(s).
-----------------------------------------------------------------X

      IT IS HEREBY consented that the firm of Rosen Greenberg Blaha LLP, 40 Wall Street, 32nd Floor, New York, New York 10005, be substituted for Goldberg Segalla LLP, 200 Old Country Road, Mineola, New York 11501, as attorneys of record for Lufthansa Cargo AG.

Dated: New York, New York
       January 4, 2008

ROSEN GREENBERG BLAHA LLP
By: _____
40 Wall Street, 32nd Floor
New York, New York 10005
(212) 530-4827

GOLDBERG SEGALLA LLP
By: _____
William J. Fitzpatrick (WF8213)
200 Old Country Road
Mineola, NY 11501
(516) 281-9810

LUFTHANSA AIR CARGO AG

By: _____
      Lawrence E. Mullins

So Ordered:

_____
U.S.D.J