UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA; GLAXOSMITHKLINE,

                Plaintiff(s),                          Docket No.: 07 CV 5576

                 -against-

LUFTHANSA CARGO A.G.;                           **AFFIDAVIT PURSUANT**
EXEL GMBH, EXEL LOGISTICS, INC.,             **TO GENERAL RULE 1.4**
EXEL GLOBAL LOGISTICS INC.; DHL GLOBAL   **OF THIS COURT**
FORWARDING; DANZAS AEI INTERCONTINENTAL;
DHL GLOBAL FORWARDING UK LTD; DHL
LOGISTICS (UK) LTD; DANZAS LTD; AIR EXPRESS
INTERNATIONAL, INC.; RADIX GROUP
INTERNATIONAL DBA DHL GLOBAL FORWARDING,

                Defendant(s).
---------------------------------------------------------------X

STATE OF NEW YORK    )

COUNTY OF NASSAU    )

      William J. Fitzpatrick, being duly sworn, deposes and says:

      1.     I am an attorney and counsel at law admitted to practice before this court and am a member of the firm of Goldberg Segalla LLP.

      2.     I submit this affidavit pursuant to Rule 1.4 of the Local Civil Rules of this court in connection with the consent to change attorneys filed herewith and the substitution of the firm Rosen Greenberg Blaha LLP for Goldberg Segalla LLP as counsel for defendant, Lufthansa Cargo AG.

      3.     This case is not on the trial calendar. Rather, it is in the early phases of discovery. The substitution of attorneys referred to herein will not affect the posture of the case.

_____
William J. Fitzpatrick (WF8213)
200 Old Country Road
Mineola, NY 11501

Sworn to before me this
21st day of December, 2007

_____
Notary Public

**KATHLEEN CLAUS**
**Notary Public, State of New York**
**No. 01CL6145892**
**Qualified in Nassau County**
**Commission Expires May 15, 2010**