# DeOrchis & Partners, LLP

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office: |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203<br>Ft. Lauderdale, Fl. 33324<br>(954) 652-0100 | 61 Broadway, 26th Floor<br>New York, New York 10006-2802 | 1495 Morris Avenue<br>Union, NJ 07083<br>(973) 467-4740 |
| Connecticut Office:<br>24 Hoyt Street<br>Stamford, CT 06905<br>(203) 323-9120 | Telephone: (212) 344-4700<br>Facsimile: (212) 422-5299<br>www.marinelex.com | Massachusetts Office:<br>2355 Main Street, P.O. 186<br>S. Chatham, MA 02659<br>(508) 432-2121 |

February 29, 2008

John K. Fulweiler
jfulweiler@marinelex.com
Partner

**MEMO ENDORSED**

VIA FACSIMILE    (212-805-6304)

Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Chambers 735
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 3 2008
```

Re.: *Indemnity Insur. Co., et al. v. Exel Gmbh, et al.*
USDC / SDNY
Civil Action no.: 07-CV-5576 (Judge Crotty)
Our file no.: 2173-17

Dear Judge Crotty:

This action concerns a claim for alleged cargo damage. This communication is written on consent of all parties.

A conference is scheduled to take place before the Court at 2:45 p.m. on Wednesday, March 5, 2008. That date poses a scheduling conflict with the undersigned in that he will be traveling out of the jurisdiction on a separate matter. The undersigned is the lead counsel on behalf of the DHL defendants and would very much like to be in attendance at the conference[1]. Further, the undersigned has made a diligent effort to determine whether someone in his office could attend in his place, and while possible, it would be difficult. Accordingly, we respectfully request that the Court allow for a small adjournment of the conference. This conference has been adjourned on one prior occasion in connection with an overall extension of the preliminary discovery period. All counsel propose that the conference be re-scheduled for either March 12, 13 or 14, 2008. The proposed adjournment dates do not impact on any

---

[1] "DHL" refers to the named captioned Defendants: EXEL GMBH; EXEL LOGISTICS, INC.; EXEL GLOBAL LOGISTICS INC.; DHL GLOBAL FORWARDING; DANZAS AEI INTERCONTINENTAL; DHL GLOBAL FORWARDING UK LTD.; DHL LOGISTICS (UK) LTD.; DANZAS LTD.; AIR EXPRESS INTERNATIONAL, INC.; and RADIX GROUP INTERNATIONAL d/b/a DHL GLOBAL FORWARDING.

Honorable Paul A. Crotty
February 29, 2008
Page 2

other scheduled date and this request is being timely made in accordance with your Honor's Individual Practices.

    We regret troubling the Court on a scheduling issue, and appreciate the Court's attention to this matter.

Respectfully submitted,

DeORCHIS & PARTNERS, LLP

By
John K. Fulweiler

JKF/lb

cc:    John N. Romans, Esq.    (via e-mail: JRomans@lrjwlaw.com)
        ROSEN GREENBERG BLAHA LLP
        The Trump Building
        40 Wall Street, 32nd Fl.
        New York, NY 10005

cc:    David L. Mazaroli, Esq.    (via e-mail: dlm@mazarolilaw.com)
        LAW OFFICES OF DAVID L. MAZAROLI
        11 Park Place – Suite 1214
        New York, NY 10007

Application GRANTED. The conference is adjourned to 3/12/08 at 3:00pm in Courtroom 20-C.

SO ORDERED: 3-3-08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE