```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 4 2008
```

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

April 11, 2008

**TELEFAX: (212)805-6304**

Honorable Paul A. Crotty
United States Magistrate Judge
United States Courthouse
40 Centre Street
New York, New York 10007

**JOINT APPLICATION**

Re: Indemnity Insurance Co. of North America, *et al.*
v. Lufthansa Cargo A.G., *et al.*
07 Civ. 5576 (PAC)
Our File: 7G-1468

**MEMO ENDORSED**

Dear Judge Crotty:

I represent the plaintiffs and respectfully submit this letter as a joint application on behalf of all counsel.

As discussed at the last court conference counsel are endeavoring to reach a stipulation of undisputed facts in order to submit the threshold limitation issue for adjudication by motions for partial summary judgment. Counsel have continued efforts to narrow the issues for purposes of reaching such a stipulation. However, certain issues require additional feedback and clarification from the parties. For this reason counsel join in respectfully requesting that the Court allow until April 28, 2008 to finalize the stipulation and submit a proposed briefing schedule.

The Court's attention is appreciated.

Respectfully submitted:

_____       _____       _____
David L. Mazaroli       John Romans             John K. Fulweiler

SO ORDERED:   APR 1 4 2008
_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE