USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 7 2008

**LAW OFFICES**
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

May 22, 2008

**TELEFAX: (212)805-6304**

Honorable Paul A. Crotty
United States Magistrate Judge
United States Courthouse         **JOINT LETTER OF COUNSEL**
40 Centre Street
New York, New York 10007

Re:   Indemnity Insurance Co. of North America, *et al.*
      v. Lufthansa Cargo A.G., *et al.*
      07 Civ. 5576 (PAC)
      Our File: 7G-1468

Dear Judge Crotty:

I represent the plaintiffs and submit this letter on behalf of all counsel. Your Honor directed counsel to report the status of the matter by May 23, 2008, particularly with respect to the admission requests served by plaintiffs. Defense counsel have advised that they expect to finalize the responses by Friday, May 23rd. With the Court's permission, counsel will further report concerning the status by Wednesday, May 28, 2008. The Court's patience is appreciated.

Respectfully,

David L. Mazaroli

cc:   DeOrchis & Partners LLP
      Attn.: John K. Fulweiler, Esq.
      (Via e-mail: JFulweiler@marinelex.com)

      Rosen Greenberg Blaha LLP
      Attn.: John N. Romans, Esq.
      (Via e-mail: JRomans@RGBLLP.com)

**MEMO ENDORSED**

SO ORDERED:  MAY 2 7 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE